**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jaime Lamon ESQUIVEL,
Defendant–Appellant.**

**No. 13–3426.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2014.

Filed: May 6, 2014.

Bruce Gillan, Assistant U.S. Attorney, U.S. Attorney's Office, Lincoln, NE, Lynnett Wagner, U.S. Attorney's Office, Omaha, NE, for Plaintiff-Appellee.

Jaime Lamon Esquivel, Waymart, PA, pro se.

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Jaime Esquivel appeals the district court's[1] denial of his motion for review of his sentence. After careful review, we conclude that the motion amounted to an unauthorized successive 28 U.S.C. § 2255 motion. *See* 28 U.S.C. § 2255(h) (authorization requirements);

*United States v. Lambros,* 404 F.3d 1034, 1036 (8th Cir.2005) (per curiam) (inmates cannot bypass authorization requirement of § 2255 by purporting to invoke some other procedure). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.